AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 922(a)(1)(A) - Engaging in the business of dealing firearms without a license
18 U.S.C. § 371 - Conspiracy to Commit an Offense Against the United States

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment.

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─── DEFENDANT - U.S ───

▶ Justin Valencia and Ruben Tafolla-Amaro

DISTRICT COURT NUMBER

CR 24 0530   YGR

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE
}  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}  MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form ___ Ismail J. Ramsey

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) ___ Jonah P. Ross, AUSA

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   } ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**FILED**
SEP 26 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

Re:  Justin Valencia and Ruben Tafolla-Amaro

**Penalty Sheet Attachment**

18 U.S.C. § 922(a)(1)(A) - Engaging in the Business of Dealing Firearms Without a License

- 5 years imprisonment
- 3 years supervised release
- $250,000 fine
- $100 special assessment

18 U.S.C. § 371 - Conspiracy to Commit an Offense Against the United States

- 5 years imprisonment
- 3 years supervised release
- $250,000 fine
- $100 special assessment

SEALED BY ORDER
OF THE COURT

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

JUSTIN VALENCIA
and
RUBEN TAFOLLA-AMARO,

**F I L E D**

SEP 2 6 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 24 0530

YGR

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 922(a)(1)(A) - Engaging in the business of dealing firearms without a
license (One Count)
18 U.S.C. § 371 - Conspiracy to commit an offense against the United States (One
Count)
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

*/s/ Foreperson of the Grand Jury*

Foreman

Filed in open court this ___26th___ day of

September, 2024 _____.

*Ivy L. Garcia* 9/26/24

Clerk

Bail, $ No Process
9/26/24

HON. DONNA M. RYU, Chief Magistrate Judge

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

**F I L E D**

SEP 2 6 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER
OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. **CR 24 0530 YGR** |
| Plaintiff, | ) |
| | ) VIOLATION: |
| v. | ) 18 U.S.C. § 371 – Conspiracy to Commit Engaging in the Business of Dealing Firearms Without a License; |
| JUSTIN VALENCIA and RUBEN TAFOLLA-AMARO, | ) 18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing Firearms Without a License; |
| Defendant. | ) 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| | ) |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment:

1.  Defendant JUSTIN VALENCIA was a resident of the State of Arizona.

2.  Defendant RUBEN TAFOLLA-AMARO was a resident of the State of California.

3.  Neither VALENCIA nor TAFOLLA-AMARO was a licensed dealer of firearms.

4.  Hayward, California is within the Northern District of California.

//

INDICTMENT

Overview and Execution of Scheme to Engage in the Business of Dealing Firearms Without a License

5.    Beginning on a date unknown to the Grand Jury, but no later than in or about March 2023, and continuing to at least in or about July 2024, VALENCIA and TAFOLLA-AMARO did knowingly and willfully devise a scheme to engage in the business of dealing firearms without a license.

6.    To further this scheme, between on or about February 6, 2023 and July 19, 2024, VALENCIA purchased at least 28 firearms from federal firearms licensees in the State of Arizona. At least 11 of those firearms were subsequently recovered by law enforcement officers in the State of California, specifically within the Northern District of California.

7.    Within days of purchasing multiple firearms in the State of Arizona, VALENCIA routinely traveled to Hayward, California to attempt to resell or transfer the firearms to people he knew or had reasonable cause to believe were not residents of the State of Arizona.

8.    During each of VALENCIA's trips to the State of California after purchasing multiple firearms in the State of Arizona, VALENCIA and TAFOLLA-AMARO communicated by phone call and/or text message.

9.    On several occasions during this period, VALENCIA and TAFOLLA-AMARO communicated via text message to discuss the resale of firearms originally purchased in the State of Arizona by VALENCIA.

10.    On several occasions during this period, TAFOLLA-AMARO sent payments via Internet-based payment applications to VALENCIA to compensate VALENCIA for the purchase of firearms.

11.    On or about April 15, 2024, in the Northern District of California, TAFOLLA-AMARO sold a firearm purchased in Arizona 11 days earlier by VALENCIA.

12.    On July 19, 2024, VALENCIA purchased at least six firearms in the State of Arizona and the next day traveled to the Northern District of California. Shortly thereafter, TAFOLLA-AMARO advertised for sale a firearm matching the make and model of one purchased by VALENCIA on July 19, 2024.

//

//

INDICTMENT                                    2

COUNT ONE:          (18 U.S.C. § 371) – Conspiracy to Commit an Offense against the United States)

13.     The factual allegations in paragraphs 1 through 12 of this Indictment are realleged and incorporated herein.

14.     Beginning on or about March 24, 2023, and continuing through at least on or about July 21, 2024, in the Northern District of California and elsewhere, the defendants,

JUSTIN VALENCIA and RUBEN TAFOLLA-AMARO,

knowingly and intentionally conspired and agreed together and with other persons known and unknown, to commit an offense against the United States, namely, to engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A), and one or more of the defendants committed an overt act to effect the object of the conspiracy, namely, the sale of firearms without a license, in violation of Title 18, United States Code, Section 371.

COUNT TWO:          (18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing Firearms Without a License)

15.     The factual allegations in paragraphs 1 through 12 of this Indictment are realleged and incorporated herein.

16.     Beginning on or about March 24, 2023, and continuing through at least on or about July 21, 2024, in the Northern District of California and elsewhere, the defendants,

JUSTIN VALENCIA and RUBEN TAFOLLA-AMARO,

neither being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

FORFEITURE ALLEGATION:          (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in each count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendants,

JUSTIN VALENCIA and RUBEN TAFOLLA-AMARO,

//

INDICTMENT                                                  3

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: September 26, 2024              A TRUE BILL.

                                    */s/ Foreperson of the Grand Jury*
                                      FOREPERSON
                                      Oakland, CA

ISMAIL J. RAMSEY
United States Attorney

*/s/ Jonah P. Ross*
JONAH P. ROSS
Assistant United States Attorney

INDICTMENT                  4